NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PERRY LEE CHANCE,                          )
                                           )
            Appellant,                     )
                                           )
v.                                         )          Case No. 2D19-4700
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
                                           )
_____)

Opinion filed September 25, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; William D. Sites, Judge.

Perry Lee Chance, pro se.

PER CURIAM.

            Affirmed.

SILBERMAN, VILLANTI, and BLACK, JJ., Concur.